STATE OF MONTANA ex rel. LESTER J. WALTER and LENA MAE WALTER, HUSBAND AND WIFE, RELATORS, v. THE DISTRICT COURT OF the FOURTEENTH JUDICIAL DISTRICT OF THE STATE OF MONTANA, IN AND FOR the COUNTY OF MEAGHER AND THE HONORABLE NAT ALLEN, JUDGE THEREOF, RESPONDENTS.

No. 12742.
Decided April 30, 1974.
521 P.2d 193.

ORDER

PER CURIAM:

This is an original proceeding wherein relators sought a writ of prohibition in cause No. 4549, entitled Meagher County, Newlan Creek Water District, Incorporated under the Laws of the State of Montana, Plaintiff, vs. Lester J. Walter and Lena Mae Walter, husband and wife, and the United States of America, Defendants. The application was heard ex parte and an order to show cause issued returnable on April 30, 1974.

On the return day briefs were filed, a motion to quash by respondents, counsel were heard in oral argument and the matter taken under advisement. The Court now being advised, and giving consideration to the petition, exhibits, briefs and oral arguments, it is ordered that the relief sought be denied and the proceeding is ordered dismissed.